| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **D90 Energy, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-35303** |

■ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other   **O&G Sales** | **$3,955,522.61** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other   **O&G Sales** | **$1,616,609.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other   **O&G Sales** | **$5,049,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | D90 Energy, LLC | Case number (if known) | 24-35303 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   SEE ATTACHED EXHIBIT | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Daniel Silverman<br><br>President | Periodic | $120,000.00 | Salary |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   CWC Energy Services (USA)<br>Corp v. D90 Energy LLC<br>2023-78254 | | 151st Harris County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Debtor | **D90 Energy, LLC** | | Case number *(if known)* | **24-35303** |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Okin Adams Bartlett Curry LLP**<br>**1113 Vine Street**<br>**Suite 240**<br>**Houston, TX 77002** | | **8/29/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Debtor | **D90 Energy, LLC** | | Case number *(if known)* | **24-35303** |
|---|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **WY Basin Operating LLC**<br>**4625 Greenville Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **2009 Ford F550 Super Duty**<br>**VIN 1FDAF57Y49EA31033** | **10/30/2024** | **$10,000.00** |
| 13.2 | **WY Basin Operating LLC**<br>**4625 Greenville Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **2010 Ski-Doo Tundra LT**<br>**VIN 5BPSGDACXAV000316** | **10/30/2024** | **Unknown** |
| 13.3 | **WY Basin Operating LLC**<br>**4625 Greenville Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **2013 Finish Line Trailer DB148.514**<br>**VIN 52WBD1429DR005369** | **10/30/2024** | **$2,000.00** |
| 13.4 | **WY Basin Operating LLC**<br>**4625 Greenvile Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **2011 Sullivan Palatek D210PHJD**<br>**VIN 29988** | **10/30/2024** | **$5,000.00** |
| 13.5 | **WY Basin Operating LLC**<br>**4625 Greenville Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **2001 ATCO Structions Office Trailer**<br>**VIN 256010280T** | **10/30/2024** | **Unknown** |
| 13.6 | **WY Basin Operating LLC**<br>**4625 Greenville Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **1996 TEMC TL Trailer**<br>**VIN 18424G10XT1103809** | **10/30/2024** | **$2,000.00** |
| 13.7 | **WY Basic Operating LLC**<br>**4625 Greenville Ave.**<br>**Suite 205**<br>**Dallas, TX 75206**<br><br>Relationship to debtor | **2017 Chevrolet Silverado K250**<br>**VIN 1GC1KVEG5HF124159** | **10/30/2024** | **$15,000.00** |

Debtor **D90 Energy, LLC**        Case number *(if known)* **24-35303**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.8 | **WY Basin Operating LLC** **4625 Greenville Ave.** **Suite 205** **Dallas, TX 75206** | **2013 Mission MFS101X12LV Trailer** **VIN 5WFBS1217DW025830** | **10/30/2024** | **$2,000.00** |
| | **Relationship to debtor** | | | |
| 13.9 | **WY Basin Operating LLC** **4625 Greenville Ave.** **Suite 205** **Dallas, TX 75206** | **2019 Chevrolet Silverado K250** **VIN 1GC1KSEG7KF133516** | **10/30/2024** | **$15,000.00** |
| | **Relationship to debtor** | | | |

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

| Debtor | **D90 Energy, LLC** | | Case number *(if known)* | **24-35303** |

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Texas Capital Bank**<br>**2350 Lakeside Blvd., Suite 800**<br>**Richardson, TX 75082** | **XXXX-8689** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Operating and revenue accounts moved to Frost Bank on 10/21/2023** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

| Debtor | **D90 Energy, LLC** | Case number *(if known)* | **24-35303** |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Tamatha S. Neuman CPA, PC**<br>**5291 Antelope Trail**<br>**Elbert, CO 80106** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Tamatha S. Neuman CPA, PC**<br>**5291 Antelope Trail**<br>**Elbert, CO 80106** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Tamatha S. Neuman CPA, PC**<br>**5291 Antelope Trail**<br>**Elbert, CO 80106** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **D90 Energy, LLC** | Case number *(if known)* | **24-35303** |
|---|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel H. Silverman** | | **President** | **88** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Daniel Silverman** | **$120,000** | **Periodic** | **Salary** |
| | **Relationship to debtor** | | | |
| | **President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **D90 Energy, LLC**                                        Case number *(if known)*   **24-35303**

---

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 20, 2024**

**/s/ Daniel H. Silverman**                                   **Daniel H. Silverman**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**SOFA 3.1 Transfers to Creditors within 90 Days**
Payment detail attached

| Vendor Name | $ Pmt's | # Pmt's | Address1 | Address2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| 358 Liberation, LLC | 8,200.00 | 5 | P.O. Box 2154 | | Castle Rock | CO | 80104- |
| A-Jem Logistics | 8,400.00 | 3 | 1002 Houston St | | Cotulla | TX | 78014- |
| A's Oil and Gas | 43,417.21 | 3 | 2714 Zacatecas St. | | Laredo | TX | 78046- |
| Baseline Energy Services, LP | 14,450.07 | 3 | PO Box 641139 | | Dallas | TX | 75264- |
| Bryton Trucking LLC | 8,412.80 | 1 | 409 King St Apt 104 | | Lignite | ND | 58752- |
| Burke-Divide Electric Co-op | 10,910.27 | 3 | 9549 Hwy 5 | PO Box 6 | Columbus | ND | 58727- |
| Carrizo Well Service, LLC | 7,910.03 | 1 | PO Box 890 | | Snyder | TX | 79550- |
| Earl's Electric, Inc. | 9,017.46 | 3 | PO Box 576 | | Williston | ND | 58802- |
| Echo Re Investors 952 | 7,972.89 | 3 | 1800 Augusta Drive, 4th Floor | | Houston | TX | 77057- |
| Don Farmer | 22,950.00 | 3 | PO Box 32 | | Big Wells | TX | 78830- |
| Integrated Microbial | 20,034.00 | 3 | PO Box 428 | | Lander | WY | 82520- |
| Jacam | 126,871.90 | 3 | PO Box 96 | 205 S. Broadway | Sterling | KS | 67579- |
| JC Production Inc | 9,230.30 | 3 | PO Box 85 | | Powers Lake | ND | 58773- |
| J&J Technical Services LLC | 16,276.21 | 2 | 5220 Hollywood Ave. | | Shreveport | LA | 71109- |
| K-9 Services, LLC | 59,978.84 | 4 | PO Box 127 | | Reserve | MT | 59258- |
| Kodiak Gas Services, LLC | 33,017.00 | 5 | 9950 Woodloch Forest Drive | Suite 1900 | The Woodlands | TX | 77380- |
| Lee's Pumping Service, LLC | 55,264.39 | 4 | 214 S. Jackson | | Plentywood | MT | 59254- |
| Mark Mathews | 15,000.00 | 3 | 1010 Potomac Drive | | Houston | TX | 77057- |
| Miller Oil | 9,347.74 | 3 | PO Box 408 | 120 1st. Ave E. | Culbertson | MT | 59218- |
| Murdoch Oil Inc. | 8,492.90 | 3 | PO Box 607 | | Greybull | WY | 82426- |
| Daniel Silverman | 28,692.08 | 8 | 952 Echo Lane Suite 315 | | Houston | TX | 77024- |
| Okin Adams Bartlett Curry LLP | 50,000.00 | 1 | 1113 Vine St Suite 240 | | Houston | TX | 77002- |
| Olson Oilfield Services, LLC | 83,503.35 | 4 | PO Box 119 | | Raymond | MT | 59256- |
| OSC Energy, LLC | 9,695.72 | 1 | 952 FM 99 | | Whitsett | TX | 78075- |
| Outlaw Pumping, LLC | 55,905.31 | 4 | PO Box 146 | | Antelope | MT | 59211- |
| Park Energy | 42,786.87 | 3 | PO Box 95318 | | Grapevine | TX | 76099-9731 |
| Powder River Energy Corporation | 84,014.43 | 2 | P.O. Box 930 | | Sundance | WY | 82729- |
| RAHLEK Ltd | 23,479.79 | 3 | 700 Louisiana St 6th Floor | | Houston | TX | 77002- |
| RCLJ Construction Inc | 80,000.00 | 3 | PO Box 520 | | Big Wells | TX | 78830- |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rocky Mountain Power | 55,278.51 | 3 | PO Box 26000 | | Portland | OR | 97256-0001 |
| Roger L. and Sharon B. Berry | 8,476.66 | 1 | P.O. Box 448 | | Uvalde | TX | 78802- |
| Sam's Pumping Service, LLC | 15,664.25 | 3 | 1369 Trail Creek Road | | Weston | WY | 82731- |
| Sheridan Electric Co-op., Inc | 120,851.42 | 2 | PO Box 227 | | Medicine Lake | MT | 59247- |
| South Texas P&A, LLC | 26,053.25 | 1 | PO Box 246 | | Bishop | TX | 78343- |
| SPL INC. | 15,363.52 | 1 | PO Box 842013 | | Dallas | TX | 75284-2013 |
| Tamatha Neuman | 8,451.43 | 4 | 5291 Antelope Trail | | Elbert | CO | 80106- |
| Targa aka TPL SouthTex Processing CO LP | 14,879.98 | 3 | 110 W. 7th Street | Suite 2300 | Tulsa | OK | 74119- |
| Tetra Tech | 20,537.28 | 1 | PO BOX 911674 | | Denver | CO | 80291-1674 |
| VL Operating LLC | 29,905.00 | 2 | 4418 Ocean Drive | | Corpus Christi | TX | 78412- |
| WEX Fleet Universal | 18,061.39 | 3 | P.O. Box 4337 | | Carol Stream | IL | 60197-4337 |
| WolfePak Software LLC | 11,878.56 | 3 | PO Box 621022 | | Dallas | TX | 75262-1022 |
| WYO Support LLC | 14,858.15 | 5 | 1607 Capitol Avenue Suite 321 | | Cheyenne | WY | 82001- |
| zdSCADA, LP | 12,045.82 | 4 | 1918 Sybil Ln | | Tyler | TX | 75703- |
| | 1,325,536.78 | | | | | | |

| Vendor Name | Amount | InvoiceDate | InvoiceNum | PaidDate |
|---|---|---|---|---|
| 358 Liberation, LLC | -2,000.00 | 07/15/2024 | AUG24 RENT | 08/01/2024 |
| 358 Liberation, LLC | -50.00 | 07/15/2024 | AUG24 RENT | 08/13/2024 |
| 358 Liberation, LLC | -2,050.00 | 08/09/2024 | SEP24 RENT | 08/30/2024 |
| 358 Liberation, LLC | -2,050.00 | 09/16/2024 | OCT24 RENT | 10/08/2024 |
| 358 Liberation, LLC | -2,050.00 | 10/15/2024 | NOV24 RENT | 11/01/2024 |
| A-Jem Logistics | -2,800.00 | 07/12/2024 | 1179 | 08/21/2024 |
| A-Jem Logistics | -2,800.00 | 07/31/2024 | 1180 | 09/20/2024 |
| A-Jem Logistics | -2,800.00 | 09/01/2024 | 1181 | 10/21/2024 |
| A's Oil and Gas | -1,734.17 | 10/18/2023 | 5399 | 08/23/2024 |
| A's Oil and Gas | -3,148.99 | 10/19/2023 | 5401 | 08/23/2024 |
| A's Oil and Gas | -6,819.75 | 10/21/2023 | 5449 | 08/23/2024 |
| A's Oil and Gas | -1,173.43 | 10/27/2023 | 5408 | 08/23/2024 |
| A's Oil and Gas | -1,099.82 | 10/27/2023 | 5409 | 08/23/2024 |
| A's Oil and Gas | -2,357.72 | 11/02/2023 | 5413 | 09/27/2024 |
| A's Oil and Gas | -411.35 | 11/03/2023 | 5410 | 09/27/2024 |
| A's Oil and Gas | -2,534.13 | 11/03/2023 | 5411 | 09/27/2024 |
| A's Oil and Gas | -541.25 | 11/06/2023 | 5426 | 09/27/2024 |
| A's Oil and Gas | -811.88 | 11/07/2023 | 5427 | 09/27/2024 |
| A's Oil and Gas | -700.00 | 11/08/2023 | 5430 | 09/27/2024 |
| A's Oil and Gas | -700.00 | 11/08/2023 | 5431 | 09/27/2024 |
| A's Oil and Gas | -700.00 | 11/08/2023 | 5432 | 09/27/2024 |
| A's Oil and Gas | -700.00 | 11/08/2023 | 5433 | 09/27/2024 |
| A's Oil and Gas | -700.00 | 11/08/2023 | 5434 | 09/27/2024 |
| A's Oil and Gas | -700.00 | 11/08/2023 | 5435 | 09/27/2024 |
| A's Oil and Gas | -947.19 | 11/09/2023 | 5436 | 09/27/2024 |
| A's Oil and Gas | -549.91 | 11/15/2023 | 5454 | 09/27/2024 |
| A's Oil and Gas | -549.91 | 11/15/2023 | 5455 | 09/27/2024 |
| A's Oil and Gas | -549.91 | 11/22/2023 | 5497 | 09/27/2024 |
| A's Oil and Gas | -549.91 | 11/22/2023 | 5504 | 09/27/2024 |
| A's Oil and Gas | -688.47 | 11/27/2023 | 5465 | 09/27/2024 |
| A's Oil and Gas | -1,511.17 | 01/03/2024 | 5554 | 10/23/2024 |
| A's Oil and Gas | -1,511.17 | 01/03/2024 | 5555 | 10/23/2024 |

| | | | | |
|---|---|---|---|---|
| A's Oil and Gas | -2,788.52 | 01/03/2024 | 5556 | 10/23/2024 |
| A's Oil and Gas | -2,254.85 | 01/04/2024 | 5557 | 10/23/2024 |
| A's Oil and Gas | -3,781.17 | 01/04/2024 | 5558 | 10/23/2024 |
| A's Oil and Gas | -2,902.54 | 01/29/2024 | 5617 | 10/23/2024 |
| Baseline Energy Services, LP | -4,816.69 | 04/30/2024 | RI-00040347 | 08/23/2024 |
| Baseline Energy Services, LP | -4,816.69 | 05/31/2024 | RI-00041041 | 09/25/2024 |
| Baseline Energy Services, LP | -4,816.69 | 06/30/2024 | RI-00041702 | 10/23/2024 |
| Bryton Trucking LLC | -810.15 | 10/18/2023 | 502503 | 08/23/2024 |
| Bryton Trucking LLC | -797.50 | 10/25/2023 | 502597 | 08/23/2024 |
| Bryton Trucking LLC | -3,080.00 | 10/25/2023 | 502550 | 08/23/2024 |
| Bryton Trucking LLC | -1,303.00 | 11/01/2023 | 502626 | 08/23/2024 |
| Bryton Trucking LLC | -2,422.15 | 11/01/2023 | 502629 | 08/23/2024 |
| Burke-Divide Electric Co-op | -3,754.78 | 08/06/2024 | JULY2024-ELECTRICITY RMU | 08/20/2024 |
| Burke-Divide Electric Co-op | -3,557.23 | 09/05/2024 | AUG2024-ELECTRICITY RMU | 09/20/2024 |
| Burke-Divide Electric Co-op | -3,598.26 | 10/03/2024 | SEPT2024-ELECTRICITY RMU | 10/21/2024 |
| Carrizo Well Service, LLC | -7,910.03 | 08/21/2024 | 6908 | 08/26/2024 |
| Earl's Electric, Inc. | -1,315.12 | 11/03/2023 | 31272 | 08/23/2024 |
| Earl's Electric, Inc. | -1,351.90 | 11/09/2023 | 31286 | 08/23/2024 |
| Earl's Electric, Inc. | -2,000.00 | 05/22/2024 | 31861 | 08/23/2024 |
| Earl's Electric, Inc. | -495.00 | 05/24/2024 | 31876 | 10/17/2024 |
| Earl's Electric, Inc. | -480.00 | 06/03/2024 | 31901 | 10/17/2024 |
| Earl's Electric, Inc. | -509.83 | 06/03/2024 | 31902 | 10/17/2024 |
| Earl's Electric, Inc. | -480.00 | 06/03/2024 | 31903 | 10/17/2024 |
| Earl's Electric, Inc. | -1,015.00 | 06/06/2024 | 31916 | 10/17/2024 |
| Earl's Electric, Inc. | -380.61 | 08/12/2024 | 32124 | 11/04/2024 |
| Earl's Electric, Inc. | -990.00 | 09/16/2024 | 32215 | 11/04/2024 |
| Echo Re Investors 952 | 255.00 | 05/31/2024 | 6009 | 08/08/2024 |
| Echo Re Investors 952 | -1,550.55 | 06/06/2024 | 6-6-24 TRUE UP | 08/08/2024 |
| Echo Re Investors 952 | -3,338.67 | 09/01/2024 | 1600013845 | 09/03/2024 |
| Echo Re Investors 952 | -3,338.67 | 10/01/2024 | 1600013962 | 10/03/2024 |
| Don Farmer | -7,650.00 | 07/31/2024 | 202407 | 08/21/2024 |
| Don Farmer | -7,650.00 | 09/05/2024 | 202408 | 09/20/2024 |
| Don Farmer | -7,650.00 | 10/04/2024 | 202409 | 10/21/2024 |

| | | | | |
|---|---|---|---|---|
| Integrated Microbial | -7,000.00 | 04/01/2024 | 005-008-040124 | 08/23/2024 |
| Integrated Microbial | -7,700.00 | 05/01/2024 | 005-008-050124 | 09/25/2024 |
| Integrated Microbial | -5,334.00 | 06/01/2024 | 005-008-060124 | 11/04/2024 |
| Jacam | -13,387.72 | 09/30/2023 | C3AR03538172 | 08/21/2024 |
| Jacam | -1,824.54 | 09/30/2023 | C3AR03524452 | 08/21/2024 |
| Jacam | -727.32 | 09/30/2023 | C3AR03524453 | 08/21/2024 |
| Jacam | -286.80 | 09/30/2023 | C3AR03524454 | 08/21/2024 |
| Jacam | -1,296.25 | 09/30/2023 | C3AR03524455 | 08/21/2024 |
| Jacam | -1,779.55 | 09/30/2023 | C3AR03524456 | 08/21/2024 |
| Jacam | -4,766.90 | 10/31/2023 | C3AR03574420 | 08/21/2024 |
| Jacam | -3,536.93 | 10/31/2023 | C3AR03574421 | 08/21/2024 |
| Jacam | -1,262.84 | 11/13/2023 | C3AR03586207 | 08/21/2024 |
| Jacam | -2,082.30 | 11/30/2023 | C3AR03616522 | 08/21/2024 |
| Jacam | -788.70 | 11/30/2023 | C3AR03616525 | 08/21/2024 |
| Jacam | -3,503.04 | 11/30/2023 | C3AR03616531 | 09/27/2024 |
| Jacam | -2,516.25 | 11/30/2023 | C3AR03616538 | 09/27/2024 |
| Jacam | -4,431.96 | 11/30/2023 | C3AR03616545 | 09/27/2024 |
| Jacam | -30.63 | 11/30/2023 | C3AR03616528 | 08/21/2024 |
| Jacam | -344.22 | 11/30/2023 | C3AR03616528 | 09/27/2024 |
| Jacam | -731.12 | 11/30/2023 | C3AR03616529 | 09/27/2024 |
| Jacam | -1,698.00 | 11/30/2023 | C3AR03616532 | 09/27/2024 |
| Jacam | -1,147.20 | 11/30/2023 | C3AR03616533 | 09/27/2024 |
| Jacam | -3,636.60 | 11/30/2023 | C3AR03616536 | 09/27/2024 |
| Jacam | -2,727.45 | 11/30/2023 | C3AR03616537 | 09/27/2024 |
| Jacam | -573.60 | 11/30/2023 | C3AR03616540 | 09/27/2024 |
| Jacam | -645.30 | 11/30/2023 | C3AR03616541 | 09/27/2024 |
| Jacam | -1,373.60 | 11/30/2023 | C3AR03616544 | 09/27/2024 |
| Jacam | -4,328.45 | 11/30/2023 | C3AR03616548 | 11/04/2024 |
| Jacam | -1,255.04 | 11/30/2023 | C3AR03616561 | 11/04/2024 |
| Jacam | -4,729.84 | 11/30/2023 | C3AR03616562 | 11/04/2024 |
| Jacam | -5,041.65 | 11/30/2023 | C3AR03616543 | 09/27/2024 |
| Jacam | -1,089.55 | 11/30/2023 | C3AR03616546 | 09/27/2024 |
| Jacam | -2,116.10 | 11/30/2023 | C3AR03616547 | 09/27/2024 |

| | | | | |
|---|---|---|---|---|
| Jacam | -724.90 | 11/30/2023 | C3AR03616547 | 11/04/2024 |
| Jacam | -1,278.45 | 11/30/2023 | C3AR03616549 | 11/04/2024 |
| Jacam | -852.30 | 11/30/2023 | C3AR03616550 | 11/04/2024 |
| Jacam | -2,414.85 | 11/30/2023 | C3AR03616551 | 11/04/2024 |
| Jacam | -668.00 | 11/30/2023 | C3AR03616552 | 11/04/2024 |
| Jacam | -918.50 | 11/30/2023 | C3AR03616553 | 11/04/2024 |
| Jacam | -668.00 | 11/30/2023 | C3AR03616554 | 11/04/2024 |
| Jacam | -668.00 | 11/30/2023 | C3AR03616555 | 11/04/2024 |
| Jacam | -334.00 | 11/30/2023 | C3AR03616556 | 11/04/2024 |
| Jacam | -751.50 | 11/30/2023 | C3AR03616557 | 11/04/2024 |
| Jacam | -334.00 | 11/30/2023 | C3AR03616558 | 11/04/2024 |
| Jacam | -751.50 | 11/30/2023 | C3AR03616559 | 11/04/2024 |
| Jacam | -668.00 | 11/30/2023 | C3AR03616560 | 11/04/2024 |
| Jacam | -518.28 | 11/30/2023 | C3AR03616565 | 11/04/2024 |
| Jacam | -1,052.57 | 11/28/2023 | C3AR03599031 | 08/21/2024 |
| Jacam | -3,638.83 | 11/30/2023 | C3AR03616563 | 11/04/2024 |
| Jacam | -1,633.28 | 11/30/2023 | C3AR03616564 | 11/04/2024 |
| Jacam | -1,247.41 | 01/12/2024 | C3AR03668082 | 09/27/2024 |
| Jacam | -2,800.30 | 08/31/2024 | C3AR03984008 | 11/04/2024 |
| Jacam | -2,692.73 | 08/31/2024 | C3AR03984011 | 11/04/2024 |
| Jacam | -3,556.80 | 08/31/2024 | C3AR03984010 | 11/04/2024 |
| Jacam | -946.50 | 08/31/2024 | C3AR03984012 | 11/04/2024 |
| Jacam | -588.00 | 08/31/2024 | C3AR03984013 | 11/04/2024 |
| Jacam | -757.20 | 08/31/2024 | C3AR03984014 | 11/04/2024 |
| Jacam | -430.20 | 08/31/2024 | C3AR03984015 | 11/04/2024 |
| Jacam | -1,278.45 | 08/31/2024 | C3AR03984016 | 11/04/2024 |
| Jacam | -804.40 | 08/31/2024 | C3AR03984017 | 11/04/2024 |
| Jacam | -909.15 | 08/31/2024 | C3AR03984018 | 11/04/2024 |
| Jacam | -3,850.05 | 08/31/2024 | C3AR03984019 | 11/04/2024 |
| Jacam | -3,253.85 | 08/31/2024 | C3AR03984008-1 | 11/04/2024 |
| Jacam | -6,054.14 | 09/30/2024 | C3AR04017215 | 11/04/2024 |
| Jacam | -6,168.31 | 09/30/2024 | C3AR04017217 | 11/04/2024 |
| JC Production Inc | -1,365.22 | 08/21/2024 | 172 | 09/26/2024 |

| | | | | |
|---|---|---|---|---|
| JC Production Inc | -3,932.54 | 07/30/2024 | 171 | 08/21/2024 |
| JC Production Inc | -3,932.54 | 08/30/2024 | 173 | 11/04/2024 |
| J&J Technical Services LLC | -2,800.33 | 06/07/2024 | JJT24-20532 | 08/26/2024 |
| J&J Technical Services LLC | -9,213.28 | 06/20/2024 | JJT24-20647 | 08/26/2024 |
| J&J Technical Services LLC | -1,217.80 | 08/27/2024 | JJT24-21196 | 08/27/2024 |
| J&J Technical Services LLC | 1,217.80 | 08/27/2024 | | 08/27/2024 |
| J&J Technical Services LLC | -4,262.60 | 09/25/2024 | JJT24-21441 | 09/25/2024 |
| K-9 Services, LLC | -13,901.00 | 08/01/2024 | 3784 | 08/21/2024 |
| K-9 Services, LLC | -21,693.00 | 09/02/2024 | 3785 | 09/26/2024 |
| K-9 Services, LLC | -13,090.00 | 10/01/2024 | 3786 | 10/23/2024 |
| K-9 Services, LLC | -11,294.84 | 10/26/2024 | 3787 | 11/05/2024 |
| Kodiak Gas Services, LLC | -972.00 | 03/15/2024 | 0091-00081352 | 10/23/2024 |
| Kodiak Gas Services, LLC | -1,850.00 | 05/01/2024 | 0091-00085737 | 08/23/2024 |
| Kodiak Gas Services, LLC | -4,250.00 | 05/01/2024 | 0091-00085739 | 08/23/2024 |
| Kodiak Gas Services, LLC | -4,250.00 | 06/01/2024 | 0091-00088086 | 09/27/2024 |
| Kodiak Gas Services, LLC | -1,850.00 | 06/01/2024 | 0091-00088822 | 09/27/2024 |
| Kodiak Gas Services, LLC | -1,674.00 | 06/01/2024 | 0091-00089392 | 09/09/2024 |
| Kodiak Gas Services, LLC | -1,755.00 | 06/01/2024 | 0091-00089393 | 09/09/2024 |
| Kodiak Gas Services, LLC | -5,292.00 | 06/01/2024 | 0091-00089394 | 09/09/2024 |
| Kodiak Gas Services, LLC | -540.00 | 06/30/2024 | 0091-00089811 | 09/09/2024 |
| Kodiak Gas Services, LLC | -5,292.00 | 07/10/2024 | 0091-00094003 | 10/30/2024 |
| Kodiak Gas Services, LLC | -5,292.00 | 08/01/2024 | 0091-00098879 | 10/30/2024 |
| Lee's Pumping Service, LLC | -16,381.20 | 07/31/2024 | 54 | 08/21/2024 |
| Lee's Pumping Service, LLC | -15,279.60 | 08/31/2024 | 55 | 09/26/2024 |
| Lee's Pumping Service, LLC | -13,892.40 | 09/30/2024 | 56 | 10/23/2024 |
| Lee's Pumping Service, LLC | -9,711.19 | 10/28/2024 | 57 | 11/04/2024 |
| Mark Mathews | -5,000.00 | 07/27/2024 | 307-2024 | 08/21/2024 |
| Mark Mathews | -5,000.00 | 08/28/2024 | 308-2024 | 09/20/2024 |
| Mark Mathews | -5,000.00 | 10/17/2024 | 309-2024 | 10/21/2024 |
| Miller Oil | -533.06 | 01/15/2024 | 71024 | 08/23/2024 |
| Miller Oil | -743.83 | 01/29/2024 | 12924MO | 08/23/2024 |
| Miller Oil | -510.00 | 01/22/2024 | 71252 | 08/23/2024 |
| Miller Oil | -637.50 | 01/28/2024 | 71311 | 08/23/2024 |

| | | | | |
|---|---|---|---|---|
| Miller Oil | -425.00 | 01/28/2024 | 71312 | 08/23/2024 |
| Miller Oil | -498.38 | 02/26/2024 | 22624M0 | 08/23/2024 |
| Miller Oil | -552.50 | 02/26/2024 | 71943 | 08/23/2024 |
| Miller Oil | -238.60 | 02/27/2024 | 72849 | 08/23/2024 |
| Miller Oil | -101.40 | 02/27/2024 | 72849 | 09/27/2024 |
| Miller Oil | -722.50 | 02/27/2024 | 72850 | 09/27/2024 |
| Miller Oil | -536.01 | 03/01/2024 | 71688 | 09/27/2024 |
| Miller Oil | -1,147.50 | 03/05/2024 | 71981 | 09/27/2024 |
| Miller Oil | -510.00 | 03/11/2024 | 72637 | 09/27/2024 |
| Miller Oil | -240.00 | 03/11/2024 | 72638 | 09/27/2024 |
| Miller Oil | -400.00 | 03/11/2024 | 72639 | 09/27/2024 |
| Miller Oil | -481.46 | 03/13/2024 | 72423 | 09/27/2024 |
| Miller Oil | -520.00 | 08/12/2024 | 70507 | 10/23/2024 |
| Miller Oil | -550.00 | 08/14/2024 | 71180 | 10/23/2024 |
| Murdoch Oil Inc. | -3,396.12 | 07/12/2024 | 46476 | 09/04/2024 |
| Murdoch Oil Inc. | -4,092.66 | 08/12/2024 | 46052 | 09/27/2024 |
| Murdoch Oil Inc. | -1,004.12 | 09/18/2024 | 047100 | 10/23/2024 |
| Daniel Silverman | -163.03 | 07/17/2024 | AR FORM 7 MAY 2024 | 08/12/2024 |
| Daniel Silverman | -5,042.03 | 08/05/2024 | 8/5/2024 EXP REPORT | 08/12/2024 |
| Daniel Silverman | -1,524.76 | 08/05/2024 | 8/7/2024 EXP REPORT | 08/12/2024 |
| Daniel Silverman | -1,217.80 | 08/27/2024 | | 09/06/2024 |
| Daniel Silverman | -1,037.07 | 08/28/2024 | | 09/06/2024 |
| Daniel Silverman | -6,073.49 | 09/05/2024 | 9/5/2024 EXP REPORT | 09/06/2024 |
| Daniel Silverman | -3,547.77 | 10/01/2024 | 10/1/2024 EXP REPORT | 10/08/2024 |
| Daniel Silverman | -1,350.00 | 10/25/2024 | MT SHIPPING DOWN | 10/25/2024 |
| Daniel Silverman | -5,186.13 | 10/28/2024 | 10/28/2024 EXP REPORT | 10/31/2024 |
| Daniel Silverman | -1,100.00 | 10/29/2024 | WY SHIPPING REMAINDER | 11/04/2024 |
| Daniel Silverman | -1,350.00 | 10/29/2024 | MT SHIPPING REMAIN | 10/29/2024 |
| Daniel Silverman | -1,100.00 | 10/29/2024 | WY SHIPPING DOWN | 10/30/2024 |
| Okin Adams Bartlett Curry LLP | -50,000.00 | 08/20/2024 | 8-20-24 | 08/20/2024 |
| Olson Oilfield Services, LLC | -6,695.00 | 07/22/2024 | 288 | 08/21/2024 |
| Olson Oilfield Services, LLC | -16,156.80 | 07/22/2024 | FL23 | 08/21/2024 |
| Olson Oilfield Services, LLC | -6,695.00 | 08/30/2024 | 289 | 09/26/2024 |

| | | | | |
|---|---|---|---|---|
| Olson Oilfield Services, LLC | -16,113.60 | 08/15/2024 | FL24 | 09/26/2024 |
| Olson Oilfield Services, LLC | -6,695.00 | 10/02/2024 | 290 | 10/23/2024 |
| Olson Oilfield Services, LLC | -15,423.00 | 10/02/2024 | FL25 | 10/23/2024 |
| Olson Oilfield Services, LLC | -4,944.25 | 10/24/2024 | 291 | 11/04/2024 |
| Olson Oilfield Services, LLC | -10,780.70 | 10/24/2024 | FL26 | 11/04/2024 |
| OSC Energy, LLC | -6,893.43 | 09/06/2023 | 120168 | 08/23/2024 |
| OSC Energy, LLC | -2,802.29 | 10/05/2023 | 120495 | 08/23/2024 |
| Outlaw Pumping, LLC | -14,994.00 | 08/07/2024 | 54 | 08/21/2024 |
| Outlaw Pumping, LLC | -16,095.60 | 09/09/2024 | 55 | 09/26/2024 |
| Outlaw Pumping, LLC | -15,361.20 | 10/01/2024 | 56 | 10/23/2024 |
| Outlaw Pumping, LLC | -9,454.51 | 10/28/2024 | 57 | 11/04/2024 |
| Park Energy | -10,645.85 | 05/01/2024 | 0092821 | 08/23/2024 |
| Park Energy | -3,616.44 | 05/01/2024 | 0092990 | 08/23/2024 |
| Park Energy | -10,645.85 | 06/01/2024 | 0093971 | 09/27/2024 |
| Park Energy | -3,616.44 | 06/01/2024 | 0094141 | 09/27/2024 |
| Park Energy | -10,645.85 | 07/01/2024 | 0095088 | 10/23/2024 |
| Park Energy | -3,616.44 | 07/01/2024 | 0095258 | 10/23/2024 |
| Powder River Energy Corporation | -44,735.80 | 08/08/2024 | POWREC RP JULY #1 | 08/29/2024 |
| Powder River Energy Corporation | -54.54 | 08/08/2024 | POWREC RP JULY #2 | 08/29/2024 |
| Powder River Energy Corporation | -39,169.93 | 09/10/2024 | POWREC RP AUG #1 | 10/02/2024 |
| Powder River Energy Corporation | -54.16 | 09/10/2024 | POWREC RP AUG #2 | 10/02/2024 |
| RAHLEK Ltd | -9,856.14 | 07/31/2024 | HM 05-101V SWD JUL 24 | 08/21/2024 |
| RAHLEK Ltd | -7,449.17 | 08/31/2024 | HM 05-101V SWD AUG 24 | 09/25/2024 |
| RAHLEK Ltd | -6,174.48 | 10/04/2024 | HM 05-101V SWD SEP 24 | 10/23/2024 |
| RCLJ Construction Inc | -1,556.20 | 02/29/2024 | 57866 | 08/21/2024 |
| RCLJ Construction Inc | -1,362.00 | 02/29/2024 | 57867 | 08/21/2024 |
| RCLJ Construction Inc | -241.50 | 02/29/2024 | 57868 | 08/21/2024 |
| RCLJ Construction Inc | -869.90 | 02/29/2024 | 57869 | 08/21/2024 |
| RCLJ Construction Inc | -1,395.10 | 02/29/2024 | 57869 | 08/21/2024 |
| RCLJ Construction Inc | -2,197.00 | 02/29/2024 | 57870 | 08/21/2024 |
| RCLJ Construction Inc | -597.50 | 02/29/2024 | 57871 | 08/21/2024 |
| RCLJ Construction Inc | -5,953.00 | 03/31/2024 | 57955 | 08/21/2024 |
| RCLJ Construction Inc | -5,070.50 | 03/31/2024 | 57956 | 08/21/2024 |

| | | | | |
|---|---|---|---|---|
| RCLJ Construction Inc | -227.00 | 03/31/2024 | 57957 | 08/21/2024 |
| RCLJ Construction Inc | -454.00 | 03/31/2024 | 57958 | 08/21/2024 |
| RCLJ Construction Inc | -1,589.00 | 03/31/2024 | 57959 | 08/21/2024 |
| RCLJ Construction Inc | -558.50 | 03/31/2024 | 57960 | 08/21/2024 |
| RCLJ Construction Inc | -782.00 | 03/31/2024 | 57961 | 08/21/2024 |
| RCLJ Construction Inc | -4,592.00 | 03/31/2024 | 57962 | 08/21/2024 |
| RCLJ Construction Inc | -2,554.80 | 03/31/2024 | 57963 | 08/21/2024 |
| RCLJ Construction Inc | -286.40 | 03/31/2024 | 57963 | 09/27/2024 |
| RCLJ Construction Inc | -1,746.50 | 03/31/2024 | 57964 | 09/27/2024 |
| RCLJ Construction Inc | -1,125.50 | 03/31/2024 | 57965 | 09/27/2024 |
| RCLJ Construction Inc | -202.00 | 03/31/2024 | 57966 | 09/27/2024 |
| RCLJ Construction Inc | -1,034.00 | 03/31/2024 | 57967 | 09/27/2024 |
| RCLJ Construction Inc | -289.50 | 03/31/2024 | 57968 | 09/27/2024 |
| RCLJ Construction Inc | -384.50 | 03/31/2024 | 57969 | 09/27/2024 |
| RCLJ Construction Inc | -3,024.00 | 04/30/2024 | 58087 | 09/27/2024 |
| RCLJ Construction Inc | -4,772.00 | 04/30/2024 | 58085 | 09/27/2024 |
| RCLJ Construction Inc | -337.00 | 04/30/2024 | 58082 | 09/27/2024 |
| RCLJ Construction Inc | -384.50 | 04/30/2024 | 58083 | 09/27/2024 |
| RCLJ Construction Inc | -1,238.00 | 04/30/2024 | 58095 | 10/23/2024 |
| RCLJ Construction Inc | -5,673.50 | 04/30/2024 | 58084 | 09/27/2024 |
| RCLJ Construction Inc | -2,128.50 | 04/30/2024 | 58091 | 10/23/2024 |
| RCLJ Construction Inc | -934.50 | 04/30/2024 | 58090 | 10/23/2024 |
| RCLJ Construction Inc | -337.00 | 04/30/2024 | 58094 | 10/23/2024 |
| RCLJ Construction Inc | -227.00 | 04/30/2024 | 58086 | 09/27/2024 |
| RCLJ Construction Inc | -7,779.00 | 04/30/2024 | 58089 | 10/23/2024 |
| RCLJ Construction Inc | -414.00 | 04/30/2024 | 58092 | 10/23/2024 |
| RCLJ Construction Inc | -513.60 | 04/30/2024 | 58088 | 09/27/2024 |
| RCLJ Construction Inc | -584.40 | 04/30/2024 | 58088 | 10/23/2024 |
| RCLJ Construction Inc | -101.00 | 04/30/2024 | 58093 | 10/23/2024 |
| RCLJ Construction Inc | -4,159.50 | 05/31/2024 | 58198 | 10/23/2024 |
| RCLJ Construction Inc | -4,132.10 | 05/31/2024 | 58199 | 10/23/2024 |
| RCLJ Construction Inc | -7,738.00 | 05/31/2024 | 58196 | 10/23/2024 |
| RCLJ Construction Inc | -454.00 | 05/31/2024 | 58197 | 10/23/2024 |

| | | | | |
|---|---|---|---|---|
| Rocky Mountain Power | -10,296.20 | 10/20/2021 | OCT2021-ELECTRICITY STU | 10/24/2024 |
| Rocky Mountain Power | 10,296.20 | 10/20/2021 | 10-2021 DEPOSIT REFUND | 10/24/2024 |
| Rocky Mountain Power | 18,503.80 | 10/20/2021 | 10-2021 DEPOSIT REFUND | 10/24/2024 |
| Rocky Mountain Power | -26,093.33 | 07/12/2024 | 4/13/24-6/18/24-ELECTRICI | 08/21/2024 |
| Rocky Mountain Power | -26,705.10 | 08/13/2024 | JULY2024-ELECTRICITY STU | 09/23/2024 |
| Rocky Mountain Power | -2,480.08 | 09/12/2024 | AUG2024-ELECTRICITY STU | 10/01/2024 |
| Rocky Mountain Power | -18,503.80 | 10/24/2024 | | 10/24/2024 |
| Roger L. and Sharon B. Berry | -8,476.66 | 10/01/2024 | BERRY MIN ROY 2024 | 10/16/2024 |
| Sam's Pumping Service, LLC | -5,492.75 | 07/30/2024 | 07-24-MS | 08/22/2024 |
| Sam's Pumping Service, LLC | -5,085.75 | 08/30/2024 | 08-24-MS | 09/24/2024 |
| Sam's Pumping Service, LLC | -5,085.75 | 09/30/2024 | 09-24-MS | 10/21/2024 |
| Sheridan Electric Co-op., Inc | -60,894.03 | 07/12/2024 | 71224SE | 08/12/2024 |
| Sheridan Electric Co-op., Inc | -59,070.19 | 08/12/2024 | 81224SE | 09/24/2024 |
| Sheridan Electric Co-op., Inc | -887.20 | 07/30/2024 | | 09/24/2024 |
| Sheridan Electric Co-op., Inc | -887.20 | 09/11/2024 | 91124SE | 10/24/2024 |
| Sheridan Electric Co-op., Inc | 887.20 | 08/31/2024 | | 10/24/2024 |
| South Texas P&A, LLC | -26,053.25 | 03/11/2024 | 1713 | 08/22/2024 |
| SPL INC. | -12,802.94 | 12/28/2023 | 928657 | 08/23/2024 |
| SPL INC. | -2,560.58 | 12/28/2023 | 928657 | 08/23/2024 |
| Tamatha Neuman | -2,266.25 | 07/01/2024 | 8532 | 08/21/2024 |
| Tamatha Neuman | -1,987.50 | 08/01/2024 | 8536 | 09/20/2024 |
| Tamatha Neuman | -1,197.68 | 09/26/2024 | 8544 | 10/23/2024 |
| Tamatha Neuman | -3,000.00 | 11/05/2024 | 2024 TAX RETURN | 11/05/2024 |
| Targa aka TPL SouthTex Processing CO LP | -4,503.91 | 03/31/2024 | 0224PAYABLE | 08/23/2024 |
| Targa aka TPL SouthTex Processing CO LP | -1,243.62 | 03/31/2024 | 0124PAYABLE | 08/23/2024 |
| Targa aka TPL SouthTex Processing CO LP | -2,026.11 | 04/30/2024 | 0324PAYABLE | 08/23/2024 |
| Targa aka TPL SouthTex Processing CO LP | -3,780.84 | 05/31/2024 | 0424PAYABLE | 09/27/2024 |
| Targa aka TPL SouthTex Processing CO LP | -3,325.50 | 06/30/2024 | 0524PAYABLE | 10/23/2024 |
| Tetra Tech | -20,537.28 | 12/07/2022 | 51994788 | 08/21/2024 |
| VL Operating LLC | -430.00 | 01/23/2024 | 2408 | 08/21/2024 |
| VL Operating LLC | -215.00 | 01/23/2024 | 2409 | 08/21/2024 |
| VL Operating LLC | -500.00 | 01/15/2024 | 2352 | 08/21/2024 |
| VL Operating LLC | -1,500.00 | 01/15/2024 | 2353 | 08/21/2024 |

| VL Operating LLC | -500.00 | 01/15/2024 | 2354 | 08/21/2024 |
| VL Operating LLC | -215.00 | 01/15/2024 | 2355 | 08/21/2024 |
| VL Operating LLC | -645.00 | 01/23/2024 | 2410 | 08/21/2024 |
| VL Operating LLC | -1,155.00 | 01/15/2024 | 2356 | 08/21/2024 |
| VL Operating LLC | -3,250.00 | 01/23/2024 | 2404 | 08/21/2024 |
| VL Operating LLC | -2,000.00 | 01/23/2024 | 2405 | 08/21/2024 |
| VL Operating LLC | -1,000.00 | 01/23/2024 | 2407 | 08/21/2024 |
| VL Operating LLC | -645.00 | 01/23/2024 | 2412 | 08/21/2024 |
| VL Operating LLC | -892.50 | 01/23/2024 | 2415 | 08/21/2024 |
| VL Operating LLC | -787.50 | 01/23/2024 | 2419 | 08/21/2024 |
| VL Operating LLC | -215.00 | 01/23/2024 | 2411 | 08/21/2024 |
| VL Operating LLC | -682.50 | 01/23/2024 | 2414 | 08/21/2024 |
| VL Operating LLC | -157.50 | 01/23/2024 | 2417 | 08/21/2024 |
| VL Operating LLC | -525.00 | 01/23/2024 | 2418 | 08/21/2024 |
| VL Operating LLC | -215.00 | 01/23/2024 | 2413 | 08/21/2024 |
| VL Operating LLC | -840.00 | 01/23/2024 | 2416 | 08/21/2024 |
| VL Operating LLC | -250.00 | 01/23/2024 | 2406 | 08/21/2024 |
| VL Operating LLC | -2,750.00 | 01/30/2024 | 2463 | 08/21/2024 |
| VL Operating LLC | -250.00 | 01/30/2024 | 2464 | 08/21/2024 |
| VL Operating LLC | -1,000.00 | 01/30/2024 | 2467 | 08/21/2024 |
| VL Operating LLC | -750.00 | 01/30/2024 | 2465 | 08/21/2024 |
| VL Operating LLC | -1,075.00 | 01/30/2024 | 2469 | 08/21/2024 |
| VL Operating LLC | -215.00 | 01/30/2024 | 2468 | 08/21/2024 |
| VL Operating LLC | -577.50 | 01/30/2024 | 2470 | 08/21/2024 |
| VL Operating LLC | -1,417.50 | 01/30/2024 | 2471 | 08/21/2024 |
| VL Operating LLC | -250.00 | 01/30/2024 | 2466 | 08/21/2024 |
| VL Operating LLC | -250.00 | 02/06/2024 | 2529 | 10/17/2024 |
| VL Operating LLC | -2,750.00 | 02/06/2024 | 2525 | 10/17/2024 |
| VL Operating LLC | -1,000.00 | 02/06/2024 | 2526 | 10/17/2024 |
| VL Operating LLC | -500.00 | 02/06/2024 | 2528 | 10/17/2024 |
| VL Operating LLC | -500.00 | 02/06/2024 | 2527 | 10/17/2024 |
| WEX Fleet Universal | -1.00 | 07/18/2023 | DIRECT DEBIT | 08/01/2024 |
| WEX Fleet Universal | -7,402.69 | 07/23/2024 | 98512934 | 08/06/2024 |

| | | | | |
|---|---|---|---|---|
| WEX Fleet Universal | 1.00 | 08/01/2024 | | 08/01/2024 |
| WEX Fleet Universal | -5,917.97 | 08/23/2024 | 99129316 | 09/06/2024 |
| WEX Fleet Universal | -4,740.73 | 09/23/2024 | 99817410 | 10/08/2024 |
| WolfePak Software LLC | -3,959.52 | 05/21/2024 | INV61630 | 08/23/2024 |
| WolfePak Software LLC | -3,959.52 | 05/21/2024 | INV61630 | 09/20/2024 |
| WolfePak Software LLC | -3,959.52 | 05/21/2024 | INV61630 | 10/23/2024 |
| WYO Support LLC | -634.00 | 02/22/2024 | 0011933 | 08/23/2024 |
| WYO Support LLC | -337.50 | 03/19/2024 | 0011998 | 08/23/2024 |
| WYO Support LLC | -634.00 | 02/22/2024 | 0011934 | 08/23/2024 |
| WYO Support LLC | -573.75 | 03/19/2024 | 0011999 | 08/23/2024 |
| WYO Support LLC | -634.00 | 03/01/2024 | 0011958 | 08/23/2024 |
| WYO Support LLC | -634.00 | 04/03/2024 | 0012017 | 08/23/2024 |
| WYO Support LLC | -304.00 | 04/03/2024 | 0012018 | 09/09/2024 |
| WYO Support LLC | -135.00 | 05/01/2024 | 0012032 | 08/23/2024 |
| WYO Support LLC | -698.75 | 05/07/2024 | 0012030 | 08/23/2024 |
| WYO Support LLC | -689.00 | 07/29/2024 | 0012128 | 11/04/2024 |
| WYO Support LLC | -304.00 | 07/29/2024 | 0012131 | 10/23/2024 |
| WYO Support LLC | -634.00 | 08/01/2024 | 0012134 | 09/27/2024 |
| WYO Support LLC | -534.60 | 08/01/2024 | 0012137 | 10/23/2024 |
| WYO Support LLC | -270.00 | 05/31/2024 | 0012069 | 08/23/2024 |
| WYO Support LLC | -33.75 | 05/31/2024 | 0012068 | 08/23/2024 |
| WYO Support LLC | -689.00 | 07/29/2024 | 0012129 | 11/04/2024 |
| WYO Support LLC | -304.00 | 07/29/2024 | 0012132 | 10/23/2024 |
| WYO Support LLC | -634.00 | 08/01/2024 | 0012135 | 09/27/2024 |
| WYO Support LLC | -534.60 | 08/01/2024 | 0012138 | 10/23/2024 |
| WYO Support LLC | -689.00 | 07/29/2024 | 0012130 | 11/04/2024 |
| WYO Support LLC | -304.00 | 07/29/2024 | 0012133 | 10/23/2024 |
| WYO Support LLC | -634.00 | 08/01/2024 | 0012136 | 09/27/2024 |
| WYO Support LLC | -534.60 | 08/01/2024 | 0012139 | 10/23/2024 |
| WYO Support LLC | -534.60 | 08/01/2024 | 0012156 | 10/23/2024 |
| WYO Support LLC | -689.00 | 08/01/2024 | 0012157 | 11/04/2024 |
| WYO Support LLC | -634.00 | 08/01/2024 | 0012158 | 09/27/2024 |
| WYO Support LLC | -304.00 | 08/01/2024 | 0012159 | 10/23/2024 |

| | | | | |
|---|---|---|---|---|
| WYO Support LLC | -689.00 | 09/10/2024 | 0012196 | 11/04/2024 |
| WYO Support LLC | -634.00 | 09/10/2024 | 0012197 | 10/23/2024 |
| zdSCADA, LP | -1,908.14 | 04/01/2024 | 21798 | 08/23/2024 |
| zdSCADA, LP | -1,908.14 | 05/01/2024 | 22237 | 08/23/2024 |
| zdSCADA, LP | -501.02 | 06/01/2024 | 22673 | 09/25/2024 |
| zdSCADA, LP | -592.70 | 06/01/2024 | 22674 | 08/23/2024 |
| zdSCADA, LP | -1,881.49 | 06/01/2024 | 22675 | 09/25/2024 |
| zdSCADA, LP | -501.02 | 07/01/2024 | 23120 | 09/25/2024 |
| zdSCADA, LP | -592.70 | 07/01/2024 | 23121 | 08/23/2024 |
| zdSCADA, LP | -1,881.49 | 07/01/2024 | 23122 | 10/23/2024 |
| zdSCADA, LP | -501.02 | 08/01/2024 | 23593 | 10/23/2024 |
| zdSCADA, LP | -592.70 | 08/01/2024 | 23594 | 09/25/2024 |
| zdSCADA, LP | -592.70 | 09/01/2024 | 24041 | 10/23/2024 |
| zdSCADA, LP | -592.70 | 10/01/2024 | 24501 | 10/23/2024 |
| | -1,325,536.78 | | | |

**SOFA 3.1 Transfers to Non-Vendors From Operating Account within 90 Days**
Payment detail attached

| <u>Payee</u> | | <u>Amount</u> |
|---|---|---|
| ADP - 401k Contribution | $ | (20,437.36) |
| IMA and IPFS - Asset Insurance Payments | $ | (48,785.10) |
| Daniel Silverman - Guaranteed Payment | $ | (39,000.00) |
| BCBS - Health Insurance | $ | (68,896.00) |
| PACHIRA (Revenue Distribution) | $ | (49,402.75) |
| ADP - Payroll | $ | (397,776.68) |
| Capital One Bank - Truck PaymentsPayoff | $ | (18,672.08) |
| **Grand Total** | **$** | **(642,969.97)** |

| EffDate | Account | {Account Desc} | Amount | Description | Tag | DueDate |
|---|---|---|---|---|---|---|
| 08/23/2024 | 1010 | Frost Bank- Operating | -16,646.58 | Pachira loan payment- interest payment #4 | PACHIRA Loan Payment | 08/31/2024 |
| 09/25/2024 | 1010 | Frost Bank- Operating | -16,646.58 | Pachira loan payment- interest payment #5 | PACHIRA Loan Payment | 09/30/2024 |
| 10/23/2024 | 1010 | Frost Bank- Operating | -16,109.59 | PACHIRA Loan, Interest Payment #6 | PACHIRA Loan Payment | |
| 08/01/2024 | 1010 | Frost Bank- Operating | -63,294.99 | Employee Net Pay and Taxes 08/01 Payroll | Payroll | 08/31/2024 |
| 08/15/2024 | 1010 | Frost Bank- Operating | -60,172.69 | Employee Net Pay, Garnishments and Taxes 08/15 Payroll | Payroll | 08/31/2024 |
| 08/29/2024 | 1010 | Frost Bank- Operating | -58,644.32 | Employee Net Pay and Taxes 08/29 Payroll | Payroll | 08/31/2024 |
| 09/12/2024 | 1010 | Frost Bank- Operating | -56,495.04 | Employee Net Pay and Taxes 09/12 Payroll | Payroll | 09/30/2024 |
| 09/26/2024 | 1010 | Frost Bank- Operating | -54,485.99 | Employee Net Pay and Taxes 09/26 Payroll | Payroll | 09/30/2024 |
| 10/10/2024 | 1010 | Frost Bank- Operating | -36,151.68 | Employee Net Pay and Taxes 10/10 Payroll | Payroll | |
| 10/16/2024 | 1010 | Frost Bank- Operating | -17,943.93 | Employee Net Pay and Taxes 10/16 Payroll | Payroll | |
| 10/24/2024 | 1010 | Frost Bank- Operating | -50,588.04 | Employee Net Pay and Taxes 10/24 Payroll | Payroll | |
| 08/06/2024 | 1010 | Frost Bank- Operating | -2,781.66 | 8/6/2024 ADP 401k Withdrawal | 401k Contribution | 08/31/2024 |
| 08/20/2024 | 1010 | Frost Bank- Operating | -2,626.81 | 8/20/2024 ADP 401k Withdrawal | 401k Contribution | 08/31/2024 |
| 09/04/2024 | 1010 | Frost Bank- Operating | -2,567.83 | 9/4/2024 ADP 401k Withdrawal | 401k Contribution | 09/30/2024 |
| 09/17/2024 | 1010 | Frost Bank- Operating | -2,512.31 | 9/17/204 ADP 401k Withdrawal | 401k Contribution | 09/30/2024 |
| 10/01/2024 | 1010 | Frost Bank- Operating | -2,455.89 | 10/1/2024 ADP 401k Withdrawal | 401k Contribution | |
| 10/16/2024 | 1010 | Frost Bank- Operating | -1,887.04 | 10/16/2024 ADP 401k Withdrawal | 401k Contribution | |
| 10/18/2024 | 1010 | Frost Bank- Operating | -553.78 | 10/18/2024 ADP 401k Withdrawal | 401k Contribution | |
| 10/29/2024 | 1010 | Frost Bank- Operating | -5,052.04 | 10/29/2024 ADP 401k Withdrawal | 401k Contribution | |
| 08/30/2024 | 1010 | Frost Bank- Operating | -26,912.50 | BCBS Insurance Payment for September 2024 | Health Insurance | 08/31/2024 |
| 09/30/2024 | 1010 | Frost Bank- Operating | -26,912.50 | BCBS Insurance Payment for October 2024 | Health Insurance | 09/30/2024 |
| 10/31/2024 | 1010 | Frost Bank- Operating | -15,071.00 | BCBS Insurance Payment for November 2024 | Health Insurance | |
| 08/30/2024 | 1010 | Frost Bank- Operating | -15,000.00 | Daniel Silverman Guaranteed Payment for September 2024; Frost Extraction dated 8/30/2024 | Guaranteed Payment | 08/31/2024 |
| 09/27/2024 | 1010 | Frost Bank- Operating | -12,000.00 | Daniel Silverman Guaranteed Payment for October 2024; Frost Extraction dated 9/27/2024 | Guaranteed Payment | 09/30/2024 |
| 10/31/2024 | 1010 | Frost Bank- Operating | -12,000.00 | Daniel Silverman Guaranteed Payment for November 2024; Frost Extraction dated 10/31/2024 | Guaranteed Payment | 11/04/2024 |
| 08/30/2024 | 1010 | Frost Bank- Operating | -5,000.85 | IMA Payment September 2024, Installment 5/8 | Asset Insurance Payment: | 08/31/2024 |
| 09/27/2024 | 1010 | Frost Bank- Operating | -5,000.85 | IMA Payment October 2024, Installment 6/8 | Asset Insurance Payment: | 09/30/2024 |
| 08/02/2024 | 1010 | Frost Bank- Operating | -12,927.80 | IPFS Payment August 2024, Installment 4/9 | Asset Insurance Payment: | 08/31/2024 |
| 09/04/2024 | 1010 | Frost Bank- Operating | -12,927.80 | IPFS Payment September 2024, Installment 5/9 | Asset Insurance Payment: | 09/30/2024 |
| 10/02/2024 | 1010 | Frost Bank- Operating | -12,927.80 | IPFS Payment October 2024, Installment 6/9 | Asset Insurance Payments | |
| 08/09/2024 | 1010 | Frost Bank- Operating | -1,009.22 | Todd's Truck Auto-Pay (Capital One Auto-Draft in Bank) | Truck Payments | 08/31/2024 |
| 09/09/2024 | 1010 | Frost Bank- Operating | -1,009.22 | Todd's Truck Auto-Pay (Capital One Auto-Draft in Bank) | Truck Payments | 09/30/2024 |
| 09/25/2024 | 1010 | Frost Bank- Operating | -16,653.64 | Capital One Payoff; Silver Tip Truck | Truck Payments | 09/30/2024 |

**SOFA 3.1 Transfers to Non-Vendors From Revenue Account within 90 Days**
Payment detail attached

| Payee | | Amount |
|---|---|---|
| Government ONRR Royalties Payments | $ | (10,912.25) |
| Royalty Checks (Various Recipients) | $ | (106,546.95) |
| **Grand Total** | **$** | **(117,459.20)** |

| EffDate | Account | {Account Desc} | Amount | Description | Tag |
|---------|---------|----------------|--------|-------------|-----|
| 08/21/2024 | 1009 | Frost Bank Revenue Account | -3,157.33 | U.S. Gov. - Transfer funds for ONRR Royalty payment paid from operating account in error | ONRR Royalties Payment |
| 08/31/2024 | 1009 | Frost Bank Revenue Account | -67,274.93 | Various Royalty Checks Written on 08/31/2024 | Royalty Checks |
| 09/23/2024 | 1009 | Frost Bank Revenue Account | -3,749.18 | U.S. Gov. - 6/2024 ONRR Royalties Payment; FD062024 | ONRR Royalties Payment |
| 09/30/2024 | 1009 | Frost Bank Revenue Account | -39,272.02 | Various Royalty Checks Written on 09/30/2024 | Royalty Checks |
| 10/24/2024 | 1009 | Frost Bank Revenue Account | -4,005.74 | U.S. Gov. - 7/2024 ONRR Royalties Payment; FD072024 | ONRR Royalties Payment |