UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| D90 ENERGY, LLC, | § | CASE NO. 24-35303 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |
| | § | |

**NOTICE OF ABANDONMENT OF DEBTOR'S INTERNET DOMAIN**

**THIS NOTICE SETS FORTH THE TRUSTEE'S INTENTION TO ABANDON CERTAIN PROPERTY. IF YOU OPPOSE THE TRUSTEE'S INTENTION TO ABANDON THE PROPERTY SET FORTH HEREIN, YOU SHOULD IMMEDIATELY CONTACT THE UNDERSIGNED TO RESOLVE THE DISPUTE. IF YOU CANNOT RESOLVE THE DISPUTE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE TRUSTEE AND HIS COUNSEL. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE PROPERTY SHOULD NOT BE ABANDONED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE PROPERTY WILL BE ABANDONDED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE ABANDONMENT AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY RULE AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

To:    All Parties-in-Interest

Ronald J. Sommers ("Trustee"), Chapter 7 Trustee for D90 Energy, LLC ("Debtor"), files this Notice of Abandonment pursuant to 11 U.S.C. § 554 and Rules 6007 and 9007 of the Federal Rules of Bankruptcy Procedure.

On November 11, 2024 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code [Doc. No.1].

On November 11, 2024, Ronald J. Sommers was appointed to serve as the Chapter 7 Trustee ("Trustee").

Debtor's Schedule A, No. 61 lists an interest in the internet domain name and website d90energy.com.

| 61. | Internet domain names and websites | | |
|---|---|---|---|
| | d90energy.com | $0.00 | $0.00 |

[Doc. No. 9, pg. 7]

After diligent inquiry and investigation, Trustee has confirmed that the internet domain is of inconsequential or no value to the estate. Accordingly, Trustee intends to abandon the internet domain and its interest in any email addresses using such internet domain as this asset is of inconsequential value to and/or is burdensome to the estate. Trustee believes there is no market for such domain name or email addresses.

Unless an objection and request for hearing is timely filed with the Bankruptcy Court and served upon the Trustee within fourteen (14) days of the mailing of this notice, without further order or notice, the internet domain will be deemed abandoned by the Trustee.

Dated: February 28, 2025.

        Respectfully submitted,

       By: */s/ Iain L. C. Kennedy*
        Iain L. C. Kennedy
        Texas Bar No. 24068094
        ikennedy@nathansommers.com
        1400 Post Oak Blvd., Suite 300
        Houston, Texas 77056-5705
        Telephone: (713) 960-0303
        Facsimile: (713) 892-4800

       **ATTORNEYS FOR RONALD J. SOMMERS,**
       **CHAPTER 7 TRUSTEE**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 28, 2025, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing Notice was served upon all parties listed on the attached Service List by no later than the next day after the filing of this Notice in accordance with Bankruptcy Local Rule 9013-1(f).

>	*/s/ Iain L. C. Kennedy*
>	Iain L. C. Kennedy