IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| D90 ENERGY, LLC, | § | CASE NO. 24-35303 |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### TRUSTEE'S REPORT OF SALE OF PERSONAL PROPERTY

Ronald J. Sommers, Trustee for the above-styled and numbered bankruptcy proceeding ("Trustee"), files this Report of Sale and respectfully represents as follows:

1. On January 28, 2025, Trustee filed Trustee's *Motion to Sell Property at Auction Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(f)* [Docket No. 29] requesting authority to sell four vehicles and a trailer (the "Real Property") owned by the bankruptcy estate. On February 19, 2025, the Order authorizing the sale of the Real Property was entered by the court at Docket No. 36.

2. On February 19, 2025, an Order was entered by the court authorizing Trustee to employ Tranzon Asset Advisors of Texas, LLC ("Tranzon"), as the auctioneer to sell the Real Property at public auction ("Employment Order") [Docket No. 35].

3. The total gross proceeds generated from the sales of the Real Property was $50,047.28. Trustee paid Tranzon a 15% auctioneer commission in the amount of $6,427.50 and reimbursed Tranzon in the amount of $8,961.05 pursuant to the Employment Order. After all closing costs and auctioneer fees were paid, the total net to the estate was $33,888.95.

4. Attached hereto as **Exhibit A** is a copy of Tranzon's auction report detailing the highest bids that it received, the auctioneer's commission paid, and the net sales to the estate for each property.

Respectfully submitted,

By: */s/ Ronald J. Sommers*
Ronald J. Sommers
Texas Bar No. 18842500
rsommers@nathansommers.com
1400 Post Oak Blvd., Suite 300
Houston, Texas 77056-5705
Telephone: (713) 960-0303
Facsimile: (713) 892-4800

**CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Trustee's Report of Sale by Auctioneer has been forwarded to the Office of the United States Trustee, 515 Rusk Ave., Suite 3401, Houston, Texas 77002, by electronic service, this 2nd day of April 2025.

By: */s/ Ronald J. Sommers*
Ronald J. Sommers